# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| **LAURA BLEVINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-2453 |
| | ) | |
| v. | ) | Judge Solomon Oliver Jr. |
| | ) | |
| **ATRIUM LIVING CENTERS, INC.,** | ) | Magistrate Judge David A. Ruiz |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Laura Blevins, and Defendants Atrium Living Centers, Inc. and Orion Austinburg LLC, by and through counsel, hereby stipulate that all claims in this matter are hereby dismissed with prejudice, each party to bear her and their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Carrie J. Dyer* | */s/ Ronald D. Holman, II* |
| Carrie J. Dyer (0090539) | Ronald D. Holman (0036776) |
| (*Carrie@MansellLawLLC.com*) | Taft Stettinius & Hollister LLP |
| Greg R. Mansell (0085197) | 200 Public Square, Suite 3500 |
| *Greg@MansellLawLLC.com* | Cleveland, OH 44114-2302 |
| Rhiannon M. Herbert (0098737) | Telephone: (216) 241-2838 |
| (*Rhiannon@MansellLawLLC.com*) | Fax: (216) 241-3707 |
| Mansell Law LLC | *Attorney for Defendants* |
| 1457 S High St | *Atrium Living Centers, Inc. and* |
| Columbus, OH 43207 | *Orion Austinburg LLC* |
| Telephone: (614) 610-4134 | |
| Fax: (614) 547-3614 | |
| *Attorneys for Plaintiff* | **IT IS SO ORDERED.** |
| | /s/ Solomon Oliver, Jr. |
| | United States District Judge |
| | 10/4/2021 |